

# NUMBER 13-23-00002-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SOUTH TEXAS CRANE SERVICE, INC.,
SANDRA JOYCE VAUGHT, JERRY YOUNG,
THOMAS RANDALL YOUNG, TRY
EQUIPMENT RENTALS LLC, AND
YOUNG HEAVY HAUL, INC.,                         Appellants,

v.

COMMERCIAL CREDIT GROUP INC.,                    Appellee.

## On appeal from the 267th District Court
## of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant's motion to dismiss the appeal. On January 17, 2023, the trial court granted a motion for reconsideration, vacating the order at issue in this appeal. Accordingly, appellant requests the dismissal of this matter.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
16th day of March, 2023.